ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
BRITTANY ELIAS - State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Defendant*
*Laura Ashley, Inc.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ACTIVE CRAZE, INC., individually and doing business as "Free to Live," a California Corporation; DREAMWARE, INC., a New York Corporation; LAURA ASHLEY, INC., a Massachusetts Corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Pennsylvania Limited Liability Company; and DOES 1 through 10,<br><br>          Defendants. | CASE NO.: 2:18-cv-1532-CAS-SS<br><br>Hon. Christina A. Snyder<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:<br>     March 16, 2018<br><br>Current Response Date:<br>     April 6, 2018<br><br>New Response Date:<br>     April 27, 2018 |

Plaintiff Klauber Brothers, Inc. ("Klauber") and Defendant Laura Ashley, Inc. ("Laura Ashley"), by and through their respective counsel of record, hereby respectfully submit the following Stipulation extending the deadline for Laura Ashley's response to Klauber's Complaint (ECF No. 1):

WHEREAS, Klauber filed its Complaint in this action on February 23, 2018 (ECF No. 1);

WHEREAS, Klauber served Laura Ashley its Complaint by personal service on March 16, 2018 (ECF No. 10);

WHEREAS, the current due date for Laura Ashley to file its response to Klauber's Complaint is April 6, 2018;

WHEREAS, Klauber and Laura Ashley have agreed to extend Laura Ashley's due date to respond to Klauber's Complaint by twenty-one (21) days, from April 6, 2018 to April 27, 2018;

WHEREAS, this is the first time Klauber and Laura Ashley have stipulated to extend the time to respond to Klauber's Complaint, and this stipulation extends the due date by not more than thirty (30) days; and

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Klauber and Laura Ashley that the time by which Laura Ashley must respond to the Complaint shall be extended by twenty-one (21) days, from April 6, 2018 to April 27, 2018.

DATED: March 26, 2018                DONIGER/BURROUGHS

                                     By: /s/ Trevor W. Barrett
                                     SCOTT A. BURROUGHS
                                     STEPHEN M. DONIGER
                                     TREVOR W. BARRETT
                                     JUSTIN M. GOMES
                                       *Attorneys for Plaintiff*
                                       *Klauber Brothers, Inc.*

| | |
|---|---|
| DATED:  March 26, 2018 | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP <br><br> By: /s/ Erica J. Van Loon <br> ERICA J. VAN LOON <br> BRITTANY ELIAS <br> *Attorneys for Defendant* <br> *Laura Ashley, Inc.* |

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R.8-3)

1468285

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 26, 2018

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP


By:  /s/ Erica J. Van Loon
ERICA J. VAN LOON
BRITTANY ELIAS
  *Attorneys for Defendant*
  *Laura Ashley, Inc.*