| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>MATTHEW L. SEROR, (SBN) 235043<br>    mseror@buchalter.com<br>BUCHALTER, A Professional Corporation<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA  90017<br>T: (213) 891-0700<br>F: (213) 896-0400<br>ATTORNEY(S) FOR: Defendant ACTIVE CRAZE, INC. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., etc.,<br><br>Plaintiff(s),<br><br>v.<br><br>ACTIVE CRAZE, INC., etc., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:18-cv-01532-CAS-SS<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   ACTIVE CRAZE, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| ACTIVE CRAZE, INC., dba Free to Live | Defendant |

| | |
|---|---|
| April 16, 2018<br>Date | /s/ Matthew L. Seror<br>Signature<br>Matthew L. Seror |

Attorney of record for (or name of party appearing in pro per):

Defendant Active Craze, Inc.

---

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com